THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MANGO LABS, LLC, <br><br>Plaintiff, <br><br>v. <br><br>JOHN KRAMER, an individual, MAXIMILIAN SCHNEIDER, an individual, and Does 1-20 et al., <br><br>Defendants | CIVIL NO.:  24-1469 (GMM) |

**MOTION LEAVE TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS, AND REQUEST FOR SEVEN DAY EXTENSION TO FILE SAME**

TO THE HONORABLE COURT:

COMES NOW defendant John Kramer, who does not submit to the Court's *in personam* jurisdiction except as provided herein, and though their respective undersigned attorneys very respectfully states and prays as follows:

1. On January 27, 2025, the appearing party filed a Motion to Dismiss. See docket 19.  On February 11, 2025, plaintiff opposed the motion. See docket 23.

2. Local Rule 7(c) allows a party to request leave to file a reply (and if so granted, to submit the same). Pursuant to Local Rule 7(c), the appearing defendant hereby requests leave to reply to the opposition at docket 23, and requests a brief seven-day extension, to expire on February 25, 2025, to file the same.

WHEREFORE, it is respectfully requested that this Honorable Court grant the appearing defendant leave to file a reply to plaintiff's opposition at docket 23, and additionally grant a brief seven-day extension, to expire on February 25, 2025, to file said reply.

In San Juan, Puerto Rico, this 13th day of February, 2025.

I HEREBY CERTIFY that on this date I uploaded a pdf version of this document to the court's CM/ECF system, which will send notice electronically of its filing to all parties of record through their attorneys of record.

                Respectfully submitted,

                **S/ FRANCISCO E. COLÓN-RAMÍREZ**
                Francisco E. Colón-Ramírez, Esq.
                Bar No.: 210510
                E-mail: fecolon@colonramirez.com

                **COLÓN RAMÍREZ LLC**
                PO Box 361920
                San Juan, PR 00936-1920
                Tel.: (888) 223-2364
                Fax: (787) 425-4731