UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
CASE NO.: 3:24-cv-01469-GMM

MANGO LABS, LLC, a Wyoming limited
liability company,

    Plaintiff,

v.

JOHN KRAMER, an individual,
MAXIMILIAN SCHNEIDER, an
individual, and Does 1-10, et al.,

    Defendants.

_____/

**APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE**

    Comes now, Jennifer Bartlett, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of) Greenberg Traurig, LLP, with offices at:

| Address | 2200 Ross Avenue, Suite 5200 Dallas, TX 75201 |
|---|---|
| Email | Jennifer.Bartlett@gtlaw.com |
| Telephone No. | (214) 665-3729 |
| Fax No. | (214) 665-3601 |

2. Applicant will sign all pleadings with the name Jennifer Bartlett.

3. Applicant has been retained as a member of the above-named firm by Plaintiff Mango Labs, LLC et al. to provide legal representation in connection with the above- styled matter now

pending before the United States District Court for the District of Puerto Rico.

4. Since November 6, 2015, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Texas where applicant regularly practices law. Applicant's Texas Bar license number is 24097345.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Texas Bar No. 24097345 | 11/06/2015 |
| New Mexico Bar No. 159389 | 11/08/2021 |
| *See also* Exhibit A | |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico in the following matter"

*John Kramer v. Mango Labs, LLC et al.*, CASE NO.: 3:24-cv-01587-GMM

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Carlos Jose Andreu Collazo |
| USDC-PR Bar No. | 307214 |
| Address | Greenberg Traurig, P.A. |
| | 333 S.E. 2nd Avenue, Suite 4400, Miami, Florida 33131 |
| Email | carlos.andreu@gtlaw.com |
| Telephone No. | 305-579-0649 |
| Fax No. | 305-579-0717 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: March 6, 2025

Jennifer Bartlett

_____
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: March 6, 2025

/s/ *Carlos Jose Andreu Collazo*
**CARLOS JOSE ANDREU COLLAZO**
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

Signature of Applicant
Jennifer Bartlett

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

- ❑     the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

- ❑     the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this___day of_____, _____.

_____
**U.S. DISTRICT JUDGE**

# EXHIBIT A

Jennifer Bartlett Admissions

Texas, Bar No. 24097345 – November 6, 2015
New Mexico, Bar No. 159389 – November 8, 2021

Northern District of Texas – August 4, 2016
Eastern District of Texas – June 30, 2017
Southern District of Texas – May 5, 2017
Western District of Texas – December 28, 2020
Circuit Court of Appeals, District of Columbia Circuit – Bar No. 61328 – November 15, 2018
Circuit Court of Appeals, Fifth Circuit – August 10, 2021
Circuit Court of Appeals, District of New Mexico – Bar No. 23-362 – November 17, 2023