# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MANGO LABS, LLC, a Wyoming limited liability company, <br><br> Plaintiff, <br><br> -against- <br><br> JOHN KRAMER, an individual, MAXIMILIAN SCHNEIDER, an individual, and Does 1-10, et al., <br><br> Defendants. | 3:24-cv-01469 (GMM) |

### MOTION FOR LEAVE TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS, AND REQUEST FOR EXTENSION TO FILE SAME

TO THE HONORABLE COURT:

COMES NOW defendant Maximilian Schneider, who does not submit to the Court's *in personam* jurisdiction except as provided herein, and through their respective undersigned attorneys very respectfully states and prays as follows:

1. On April 4, 2025, the appearing party filed a Motion to Dismiss. *See* ECF 55. On April 21, 2025, Plaintiff filed an opposition to the motion. *See* ECF 66.

2. Local Rule 7(c) allows a party to request leave to file a reply (and if so granted, to submit the same). Pursuant to Local Rule 7(c), the appearing defendant hereby requests leave to reply to the opposition at ECF 66, and requests a brief extension, to expire on May 5, 2025, to file the same.

WHEREFORE, it is respectfully requested that this Honorable Court grant the appearing defendant leave to file a reply to plaintiff's opposition at ECF 66, and further grant a brief extension, to expire on May 5, 2025, to file said reply.

RESPECTFULLY SUBMITTED, In New York City, New York and San Juan, Puerto Rico this April 22, 2025.

I HEREBY CERTIFY that on this date I uploaded a pdf version of this document to the court's CM/ECF system, which will send notice electronically of its filing to all parties of record through their attorneys of record.

MORRISON COHEN LLP

By: */s/ Jason Gottlieb*
Jason Gottlieb (*admitted pro hac vice*)
Michael Mix (*admitted pro hac vice*)
William Roth (*admitted pro hac vice*)
909 Third Avenue
New York, New York 10022
(212) 735-8600
jgottlieb@morrisoncohen.com
mmix@morrisoncohen.com
wroth@morrisoncohen.com


*/s/ Juan M. Masini Jr.*
Juan M. Masini Jr.
USDC-PR No. 210012
**MASINI LAW FIRM**
L&M Bldg. Suite B
G-14 O'Neill St.
San Juan, Puerto Rico 00918
Tel.: (787) 758-2090
Fax: (787) 282-6049
JMMasiniM@gmail.com

*Attorneys for Defendant Maximilian Schneider*