IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MANGO LABS, LLC, a Wyoming limited liability company,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOHN KRAMER, an individual, MAXIMILIAN SCHNEIDER, an individual, and Does 1-10, et al.,<br><br>　　　　Defendants. | **Civil No. 24-01469 (GMM)** |

**JUDGMENT**

Pursuant to the *Opinion and Order* entered at Docket No. 75, this case was dismissed without prejudice for lack of standing.

Accordingly, Judgment is hereby entered DISMISSING WITHOUT PREJUDICE Plaintiff's claims against all Defendants.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, September 29, 2025.

　　　　　　　　　　　　　　　　　　s/Gina R. Méndez-Miró
　　　　　　　　　　　　　　　　　　GINA R. MÉNDEZ-MIRÓ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE